FILED

2013 JUL 24  AM 11: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1   PATRICIA H. BENSON (SBN 60565),
    phb@msk.com
2   KARIN G. PAGNANELLI (SBN 174763)
    kgp@msk.com
3   MARC E. MAYER (SBN 190969)
    mem@msk.com
4   ELAINE K. KIM (SBN 242066)
    ekk@msk.com
5   MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
6   Los Angeles, CA 90064-1683
    Telephone: (310) 312-2000
7   Facsimile: (310) 312-3100

8   Attorneys for Plaintiff Just Fabulous, Inc.

9

                    UNITED STATES DISTRICT COURT

10

                    CENTRAL DISTRICT OF CALIFORNIA

11

12                                    CV13-05330-SJO
                                                      (Ex)
13  JUST FABULOUS, INC., a Delaware
    Corporation,                        CASE NO._____

14              Plaintiff,              COMPLAINT FOR:

15        v.                            (1) INFRINGEMENT OF
                                        FEDERALLY REGISTERED
16  FAB.COM, INC., a Delaware           MARK [15 U.S.C. § 1114];
    Corporation,
17                                      (2) FALSE DESIGNATION OF
                Defendant.              ORIGIN [15 U.S.C. § 1125(a)]

18                                      (3) UNFAIR COMPETITION
                                        [Cal. Bus. & Prof. Code §§ 17200,
19                                      17208 and 17500 et seq.]

20                                      (4) COMMON LAW UNFAIR
                                        COMPETITION

21
                                        (5) DECLARATORY RELIEF
22                                      [28 U.S.C. § 2201]

23                                      DEMAND FOR JURY TRIAL

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

                                    1
                                COMPLAINT

Plaintiff Just Fabulous, Inc. ("Just Fab" or "Plaintiff") for its Complaint against Defendant Fab.com, Inc. ("Fab.com" or "Defendant"), alleges as follows, based upon actual knowledge with respect to Just Fab and Just Fab's acts, and upon information and belief as to all other matters.

## NATURE OF THE ACTION

1.      This is an action for trademark infringement and unfair competition under federal law and California statutory and common law, which Just Fab brings to protect some of its most valuable assets, namely, the goodwill and consumer recognition associated with the family of JUST FAB marks that distinguish in commerce its goods and services (the "JUST FAB marks").  Since at least 2010, Just Fab has continuously used and extensively promoted the JUST FAB name and marks in connection with its online retail service and store, JustFab.com, and various lines of shoes, clothing, and accessories sold therein.  By virtue of those efforts, Just Fab has developed a reputation as one of the world's leading online providers of fashion products and accessories, and as one of the best services in its class.

2.      As described more fully below, without Just Fab's authorization or consent, and with knowledge of Just Fab's prior rights in its JUST FAB marks, Fab.com recently commenced use of the confusingly similar FAB mark in connection with services which are substantially similar to those offered by Just Fab.  Through its conduct, Fab.com has created circumstances whereby members of the public are likely to be led to believe incorrectly that Fab.com and its services are authorized by, sponsored by, or affiliated with Just Fab and its well-known JUST FAB marks and the services and goods provided thereunder.

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

## JURISDICTION AND VENUE

3.      This Court has subject-matter jurisdiction of this action pursuant to 28 U.S.C. Sections 1331 and 1338 and 15 U.S.C. Section 1121, as it involves claims arising under the Lanham Act.  This Court has supplemental subject-matter jurisdiction over all other claims pursuant to 28 U.S.C. Section 1367 because they are so related that they form part of the same case or controversy.

4.      Just Fab is informed and believes, and on that basis avers, that Fab.com is subject to personal jurisdiction in the state of California because, among other reasons, the unlawful conduct complained of herein causes injury in the State of California because Fab.com has directed its activities at Just Fab and its trademarks in California, and because, on information and belief, Fab.com advertises in, transacts business in, offers its products for sale and sells its products in, and derives substantial revenue from those activities in the State of California.

5.      Venue in this Court exists under 28 U.S.C. Sections 1391(a), 1391(b)(2) and 1391(c)(2) because Defendant is subject to personal jurisdiction in this District and a substantial part of the events giving rise to the claims alleged in this Complaint occurred in this District.  Among other reasons, the unlawful conduct complained of herein causes injury in the Central District of California, because Fab.com has directed its activities at Just Fab and its trademarks in the Central District of California, and because, on information and belief, Fab.com advertises in, transacts business in, offers its products for sale and sells its products in, and derives substantial revenue from those activities in the Central District of California.

## THE PARTIES

6.      Just Fab is a Delaware corporation, with its principal place of business in El Segundo, California.

7.     Just Fab is informed and believes, and on that basis avers, that Fab.com is a Delaware corporation, with its principal place of business in New York, New York.

## JUST FAB AND ITS SUCCESSFUL JUST FAB® BRAND

8.     Just Fab is a retailer that owns and operates an online retail business through its JustFab.com website, as well as a "brick and mortar" store that will be opening soon in Glendale, California called Just Fab. Just Fab's JustFab.com website offers members access to celebrity stylists and their fashion picks, most of which are designed in Los Angeles and manufactured specifically for Just Fab, and some of which are from well-known third party collections, such as Hello Kitty and Iron Fist. Founded in 2010, Just Fab provides access to both the latest trends and classic styles by combining the convenience of online shopping with the luxury of having a personal shopper, all at prices significantly below those offered by traditional department stores. As Just Fab explains on its website, it is able to offer such bargain prices because it designs its own products, cuts out the middleman, and works directly with manufacturers, unlike traditional retailers. Just Fab's team of style experts, led by President and Creative Director Kimora Lee Simmons, keeps JustFab.com members on trend by recommending a monthly selection of the latest fashions and accessories based on the member's individual style. Just Fab's growth has been meteoric. Since its launch in 2010, JustFab.com has acquired more than 15 million members worldwide and receives over six million unique page views per month. Just Fab has also sold more than five million products worldwide bearing the JUST FAB name and marks. JustFab.com is known for providing a first-rate shopping experience for stylish, quality products at extraordinarily low prices.

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

4

**COMPLAINT**

9. Just Fab's website, JustFab.com, as well as all of its marketing materials, and countless of its products, prominently display the JUST FAB name and marks.

10. Just Fab has invested millions of dollars and enormous time, effort, and resources advertising and promoting the JustFab.com website, and the JUST FAB name and marks. Among other things, JustFab.com, its services and JUST FAB products have been featured in some of the most popular fashion and lifestyle publications in the world, including, but not limited to, *People, In Style, Us, Glamour, Essence, Family Circle, Redbook* and *Health*. Just Fab's President and Creative Director – fashion icon Kimora Lee Simmons – stars in The Style Network's "Kimora: House of Fab," which also is syndicated on the E! Television Network and viewed in more than 100 countries, and which provides a behind the scene look at the Just Fab business, further familiarizing viewers with the company, its services, products, and marks. In addition, Just Fab promotes the JUST FAB and JustFab.com names and marks through social media, including Facebook, Twitter, Pinterest and Instagram, as well as on YouTube and on its Just Fab blog. As a result of Just Fab's extensive use and promotion of the JustFab.com and JUST FAB names and marks in interstate commerce, the JustFab.com and JUST FAB names and marks have become known throughout the United States by consumers, purchasers and members of the public as signifying Just Fab and its high-quality service and products. Just Fab has worked diligently to establish, and now owns, considerable and valuable reputation and goodwill in the JustFab.com and JUST FAB names and marks.

11. While Just Fab has gained significant common law trademark and other rights in its JUST FAB service and products through its use, advertising and promotion of the JUST FAB brand, Just Fab also has protected its valuable rights by filing for and obtaining federal trademark registrations.

1     12.    The JUST FAB marks include a servicemark that is registered on the

2  Principal Register of the United States Patent and Trademark Office (Reg. No.

3  4183738) for "Online retail store services featuring shoes, footwear, bags,

4  handbags, luggage, clothing and sunglasses; retail store services featuring shoes,

5  footwear, bags, handbags, luggage, clothing and sunglasses," and "Fashion trend

6  consulting services; personal fashion consulting services; providing information

7  about fashion trends; provision of a website featuring information on fashion;

8  providing online fashion questions to help users determine the style of clothing

9  best suited to their individual needs and preferences; personal shopping for others."

10  The foregoing registration is valid, subsisting, and exclusively owned by Just Fab.

11     13.    The JUST FAB marks also include a trademark that is registered on

12  the Principal Register of the United States Patent and Trademark Office for

13  "Women's shoes, sandals, shoes and footwear; Clothing, namely, bandanas,

14  beanies, belts, blazers, blouses, boots, caps, coats, dresses, gloves, hats, headwear,

15  jackets, jeans, jogging outfits, neckties, overalls, pajamas, pants, parkas, ponchos,

16  pullovers, rainwear, robes, sandals, sarongs, scarves, shirts, shorts, skirts, slacks,

17  socks, sun visors, suspenders, sweat bands, sweat pants, sweat shirts, sweaters,

18  tank tops, turtlenecks, vests, wristbands" (Reg. No. 4292790), and for "Purses,

19  handbags, luggage; travel back packs, backpacks, daypacks, fanny packs, waist

20  packs, garment bags for travel, duffle bags, all purpose athletic bags, travel bags,

21  shoulder bags, briefcases, attache cases" (Reg. No. 4293503).  The foregoing

22  registrations are also valid, subsisting, and exclusively owned by Just Fab.

23     14.    Just Fab owns the www.JustFab.com domain name and uses, and has

24  used since 2010, the corresponding website as one of the means to promote the

25  JUST FAB marks and the products and services provided thereunder.

26

27

28

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

6

**COMPLAINT**

## FAB.COM'S BUSINESS AND WRONGFUL CONDUCT

15.     Just Fab is informed and believes, and on that basis avers, that Fab.com is a New York-based online retailer, which sells a variety of goods, including women's shoes, clothes, and accessories.  According to published reports, Fab.com began as a gay social networking site, fabulis.com, but was not successful.  However, one of the few "bright spots" on the fabulis.com site reportedly was a "Gay Deal of the Day" feature through which fabulis.com sold an assortment of items to women as well as men.  As a result, the founders of fabulis.com decided to change their business model.  Aware, on information and belief, of the enormous success of Just Fab and its website, the founders of fabulis.com changed the name of their company and the domain name of its website, to Fab.com, and completely changed their business model from social networking to on-line retailing that, like Just Fab's business, emphasized excellent design at bargain prices.  Fab.com's website, Fab.com, which Just Fab is informed and believes was launched in June, 2011, promotes itself as a site for "design products" at "great prices."  Fab.com prominently displays on its website the significant discount of the prices it charges from normal retail prices.  Some of the products that Fab.com offers or has offered on its Fab.com website are advertised and promoted as having been "designed by Fab," including items of apparel.  The Fab.com website also offers or has offered products from some of the same third parties as those offered by JustFab.com, including Hello Kitty and Iron Fist.  Like JustFab.com, Fab.com requires individuals to become members in order to purchase products from the site.  According to recent press reports, Fab.com is planning in the near future to expand its "Fab" business from exclusively e-commerce into "brick and mortar" stores.

16.     Fab.com began applying for trademark registrations in July, 2011. The applications describe Fab.com's mark as a stylized mark with the word FAB and a heart design in the lower portion of a box (the "FAB mark").

17.     Three registrations for the FAB mark were issued to Fab.com on August 28, 2012, including for "Providing incentive award programs for users through the issuance of credit for referrals" (Reg. No. 4,197,722); for "Internet-based social networking services" (Reg. No. 4,198,555); and for "Computer application software for mobile phones or handheld computers, namely, software for online retail shopping." (Reg. No. 4,198,556).  Additionally, the U.S. Trademark Office has issued a notice of allowance for the FAB mark for a variety of other services, including, *inter alia*, for "[p]roviding information in the field of fashion." (Serial No. 85/368,444, Reg. No. 4,350,737).

18.     Fab.com recently applied to register its FAB mark for International Class 35: "Advertising and directory services, namely, promoting the services of others by providing a web page featuring links to the websites of others; Advertising and marketing services, namely, promoting the goods and services of others; Computerized on-line retail store services in the field of a wide variety of consumer goods of others; On-line retail store services featuring a wide variety of consumer goods of others" (Serial No. 85/683,373).

19.     Fab.com also has trademark applications for the FAB mark pending for other classes, such as "[c]omputerized on-line retail store services in the field of a wide variety of consumer goods of others," "[p]romoting the goods and services of others, namely, providing online information regarding discounts, coupons, rebates, vouchers and special offers for the goods and services of others"; and "[o]n-line retail store services featuring a wide variety of consumer goods of others." *See, e.g.*, Serial Nos. 85/230,638, 85/683,373, and 85/696,541.

20.     Fab.com's FAB mark is visually similar to Just Fab's JUST FAB marks.  The registered and pending FAB marks also are used for the same categories and classes of goods and services, and are used in the same relevant market, as Just Fab's JUST FAB marks, and thus create the same commercial impression in the marketplace.

21.     Just Fab has never authorized Fab.com to use the JUST FAB marks or any confusingly similar mark.  Fab.com's unauthorized use of the confusingly similar mark, FAB, is likely to confuse, to cause mistake or to deceive, including because members of the public and the relevant trade are likely to believe that Just Fab is the source of, has endorsed or approved, or is somehow otherwise legitimately associated with Fab.com and its products and services.

22.     Just Fab is informed and believes, and on that basis avers, that in adopting the FAB mark for its website, Fab.com intended to appropriate and trade off Just Fab's goodwill, and the reputation and selling power of its JUST FAB marks, including by capturing initial consumer attention and the resulting marketplace confusion.

## FIRST CLAIM FOR RELIEF

(Infringement of Federally Registered Trademark)

23.     Just Fab incorporates herein by reference the averments of paragraphs 1 through 22 as though fully set forth herein.

24.     Just Fab is the owner of all right, title, and interest in the JUST FAB marks identified in paragraphs 12 and 13, above, and has standing to maintain an action for trademark infringement under 15 U.S.C. Section 1114.

25.     With actual and constructive notice of Just Fab's federal trademark registration and of Just Fab's extensive and continuous use of the JUST FAB marks, Fab.com has used and continues to use the confusingly similar FAB mark ("Infringing Mark") in the United States on its website and in connection with both services and the promotion, sale, offering for sale, and distribution of goods, identical to, or similar to services and goods in connection with which Just Fab uses its JUST FAB marks.

26.     Fab.com's use of the Infringing Mark, including on its website and in connection with the advertising, promotion, sale, offering for sale and distribution

1   of services and products identical or closely related to those offered by Just Fab,

2   including, but not limited to, apparel, shoes, handbags and fashion accessories, is

3   likely to cause confusion, deception or mistake.  Buyers and persons who visit

4   Fab.com's Fab.com website and/or who see Fab.com products bearing the FAB

5   mark are likely to think that the website is owned, affiliated with, licensed or

6   approved by Just Fab and/or that products and services offered through the

7   Fab.com website are designed, made, affiliated with, licensed or approved by, Just

8   Fab.  In actual fact, Just Fab does not approve Fab.com's use of the Infringing

9   Mark and strongly objects thereto.

10          27.    Just Fab is informed and believes, and on that basis avers, that

11  Fab.com has willfully and intentionally used the Fab and Fab.com designations in

12  connection with the same and complimentary services and products as to which

13  Just Fab uses the JUST FAB marks, in an attempt to trade upon the enormous

14  goodwill, reputation and selling power established by Just Fab under the JUST

15  FAB marks.

16          28.    Fab.com's acts have caused or are likely to cause, unless restrained by

17  this Court, Just Fab and the public to suffer great and irreparable damage and

18  injury through, inter alia, (a) a likelihood of confusion, mistake, and deception as

19  to the affiliation, connection or association of Fab.com and its services and

20  products with Just Fab and its services and products, and (b) the loss of Just Fab's

21  valuable goodwill and business reputation symbolized by its JUST FAB marks.

22  Just Fab has no adequate remedy at law.

23          29.    Fab.com's wrongful conduct also has permitted or will permit it to

24  make substantial diverted revenue on the strength of Just Fab's marketing,

25  advertising, sales and consumer recognition.  As a direct and proximate result of

26  Fab.com's wrongful conduct, as alleged herein, Just Fab has been deprived and

27  will be deprived of the value of its JUST FAB and JustFab.com marks and names

28  as commercial assets in an amount as yet unknown but to be determined at trial.

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

**COMPLAINT**

1  Just Fab seeks an accounting of Fab.com's profits, and requests that the Court

2  grant Just Fab three times that amount in the Court's discretion.

3       30.    Just Fab is informed and believes, and on that basis avers, that the

4  intentional and willful nature of Fab.com's aforementioned conduct renders this an

5  exceptional case under 15 U.S.C. Section 1117(a).

6

7                    **SECOND CLAIM FOR RELIEF**

8                    (False Designation of Origin)

9       31.    Just Fab incorporates herein by reference the averments of paragraphs

10  1 through 30 as though fully set forth herein.

11      32.    Just Fab, as the owner of all common law right, title, and interest in

12  and to the JUST FAB name and marks, has standing to maintain an action for false

13  designation of origin and unfair competition under Section 43(a) of the Lanham

14  Act, 15 U.S.C. Section 1125(a).

15      33.    Fab.com has, without authorization, used in commerce marks and

16  names that are confusingly similar to Just Fab's JUST FAB and JustFab.com

17  marks and names, including on its website and in connection with the promotion,

18  sale, offering for sale and distribution of services and products identical or closely

19  related to those offered by Just Fab, including, but not limited to, apparel, shoes,

20  handbags and fashion accessories, and which are likely to cause confusion or cause

21  mistake or to deceive as to the affiliation, connection or association of Fab.com

22  with Just Fab, and/or as to the origin, sponsorship or approval of the Fab.com

23  website and/or Fab.com's goods or services or commercial activities.

24      34.    Just Fab is informed and believes, and on that basis avers, that the

25  conduct of Fab.com has been knowing, deliberate and willful, in its use of the Fab

26  and Fab.com designations in connection with the same and complimentary services

27  and products as to which Just Fab uses the JUST FAB marks, which is intended to

28

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

**COMPLAINT**

1    cause confusion, or to cause mistake or to deceive among purchasers, users and the

2    public, and in blatant disregard of Just Fab's rights.

3          35.    Fab.com's wrongful conduct has permitted or will permit it to make

4    substantial diverted revenue on the strength of Just Fab's marketing, advertising,

5    sales and consumer recognition.  As a direct and proximate result of Fab.com's

6    wrongful conduct, as alleged herein, Just Fab has been deprived and will be

7    deprived of the value of its JUST FAB and JustFab.com marks and names as

8    commercial assets in an amount as yet unknown but to be determined at trial.  Just

9    Fab seeks an accounting of Fab.com's profits, and requests that the Court grant

10   Just Fab three times that amount in the Court's discretion.

11         36.    Fab.com's acts and omissions have caused and, unless restrained by

12   this Court, will continue to cause Just Fab and the public to suffer great and

13   irreparable damage and injury through, inter alia, (a) a likelihood of confusion,

14   mistake and deception as to the affiliation, connection or association of Fab.com

15   and its services and products with Just Fab and its services and (b) the loss of Just

16   Fab's valuable goodwill and business reputation symbolized by its JUST FAB

17   marks.  Just Fab has no adequate remedy at law.

18         37.    Just Fab is informed and believes, and on that basis avers, that the

19   intentional and willful nature of Fab.com's aforementioned conduct renders this an

20   exceptional case under 15 U.S.C. Section 1117(a).

21

22                        **THIRD CLAIM FOR RELIEF**

23       (Unfair Competition Under California Business and Professions Code Sections

24                        17200, 17208 and 17500 Et Seq.)

25         38.    Just Fab incorporates herein by reference the averments of paragraphs

26   1 through 37 as though fully set forth herein.

27         39.    Fab.com has, by reason of the foregoing acts, engaged in unlawful,

28   unfair and fraudulent business practices.

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

                              12
                          **COMPLAINT**

40.     Fab.com's acts have impaired Just Fab's business and have otherwise adversely affected Just Fab's business and reputation by use of unlawful, unfair and fraudulent business practices in violation of California Business & Professions Code, including Sections 17200 to 17208, 17500, et seq.

41.     Just Fab is informed and believes, and on that basis avers, that Fab.com's acts have caused and, unless restrained by this Court, will continue to cause Just Fab to suffer great and irreparable damage and injury, for which Just Fab has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

42.     Just Fab incorporates herein by reference the averments of paragraphs 1 through 41 as though fully set forth herein.

43.     Just Fab is the owner of all common law right, title, and interest in and to the JUST FAB marks in California and the United States.

44.     Fab.com's unlawful acts in appropriating rights in Just Fab's common law trademarks were intended to capitalize on Just Fab's goodwill for Fab.com's own pecuniary gain.

45.     Fab.com has, without authorization, on its Fab.com website and/or in connection with s goods and services offered through that website, used in commerce marks and names that are confusingly similar to Just Fab's JUST FAB and JustFab.com marks and names and which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection or association of Fab.com with Just Fab, and/or as to the origin, sponsorship or approval of the Fab.com website and/or Fab.com's goods or services or commercial activities.

46.     Just Fab has expended substantial time, resources and effort to obtain an excellent reputation for itself and its JUST FAB and JustFab.com names and

1    marks. As a result of Just Fab's efforts, Fab.com is now unjustly enriched and is

2    benefiting from property rights that rightfully belong to Just Fab.

3         47.    Just Fab is informed and believes, and on that basis avers, that the

4    conduct of Fab.com has been knowing, deliberate, willful, intended to cause

5    confusion, or to cause mistake or to deceive and in blatant disregard of Just Fab's

6    rights.

7         48.    Fab.com's acts and omissions have caused and, unless restrained by

8    this Court, will continue to cause Just Fab and the public to suffer great and

9    irreparable damage and injury through, inter alia, (a) a likelihood of confusion,

10    mistake and deception as to the affiliation, connection or association of Fab.com

11    and its services and products with Just Fab and its services and (b) the loss of Just

12    Fab's valuable goodwill and business reputation symbolized by its JUST FAB

13    marks. Just Fab has no adequate remedy at law.

14

15                   **FIFTH CLAIM FOR RELIEF**

16                       (Declaratory Relief)

17         49.    Just Fab incorporates herein by reference the averments of paragraphs

18    1 through 48 as though fully set forth herein.

19         50.    An actual dispute has arisen and now exists between Just Fab, on the

20    one part, and Fab.com, on the other part.

21         51.    Just Fab contends that Fab.com is not entitled to the registration with

22    the United States Patent and Trademark Office of the trademarks that are the

23    subject of the Applications bearing Serial Nos. 85/230,638, 85/683,373 and

24    85/969,541 (the "Fab.com Applications"), as the marks submitted in each such

25    Application, when used on or in connection with Fab.com's products and/or

26    services, are in such near resemblance to Just Fab's pre-existing JUST FAB marks

27    as to be likely to cause confusion, or to cause mistake, or to deceive as to the

28    affiliation, connection, or association of such person with another person, or as to

1  the origin, sponsorship, or approval of his or her goods, services, or commercial

2  activities by Just Fab.  Just Fab is informed and believes, and on that basis avers,

3  that Fab.com disputes Just Fab's contentions and contends otherwise.

4       52.    Just Fab requests a judicial declaration (1) determining that Just Fab's

5  JUST FAB marks preceded Fab.com's use of the marks identified in the Fab.com

6  Applications, and that the marks identified in the Fab.com Applications when used

7  on or in connection with Fab.com's products and/or services, are in such near

8  resemblance to the JUST FAB marks as to be likely to cause confusion, or to cause

9  mistake, or to deceive as to the affiliation, connection, or association of Fab.com

10  with Just Fab, or as to the origin, sponsorship, or approval Fab.com's goods,

11  services, or commercial activities by Just Fab, and (2) sustaining Just Fab's

12  Opposition Nos. 91211304, 91211230, respectively, in addition to Just Fab's

13  forthcoming opposition to its application bearing Serial No. 85/696,541.

14       53.    Such a declaration is necessary and appropriate at this time to avoid a

15  multiplicity of actions, to resolve present and continuing disputes between the

16  parties, and to avoid consumer confusion.

17

18                          **PRAYER FOR RELIEF**

19       WHEREFORE, as to all Counts of this Complaint, Just Fab requests that this

20  Court enter a judgment and declaration in favor of Just Fab and against Fab.com as

21  follows:

22       A.    Preliminarily and permanently enjoining and restraining Fab.com, all

23  entities under its control, as well as its licensees, partners, assigns, related entities,

24  predecessors, successors, employees, representatives, trustees, receivers, agents,

25  and any other persons or entities acting on behalf of or in concert with Fab.com or

26  with Fab.com's authority, from:

27            (1)    using, selling, offering for sale, holding for sale, advertising or

28  promoting any goods or services consisting of or relating to shoes, sandals, other

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

15

**COMPLAINT**

1  footwear, bags, clothing (including, without limitation, bandanas, beanies, belts,

2  blazers, blouses, boots, caps, coats, dresses, gloves, hats, headwear, jackets, jeans,

3  jogging outfits, neckties, overalls, pajamas, pants, parkas, ponchos, pullovers,

4  rainwear, robes, sarongs, scarves, shirts, shorts, skirts, slacks, socks, sun visors,

5  suspenders, sweat bands, sweat pants, sweat shirts, sweaters, tank tops, turtlenecks,

6  vests and wristbands), purses, handbags, luggage, travel backpacks, backpacks,

7  daypacks, fanny packs, waist packs, garment bags for travel, duffle bags, all

8  purpose athletic bags, travel bags, shoulder bags, briefcases, attaché cases,

9  sunglasses, fashion accessories, information about fashion trends, personal

10  shopping for others, fashion consulting services, provision of a website featuring

11  information on fashion, and/or providing online fashion questions to help users

12  determine the style of clothing best suited to their individual needs and

13  preferences, under or in connection with any trade name, trademark, service mark,

14  Internet domain name or other designation of origin that is comprised in whole or

15  in part, of the JUST FAB or JustFab.com marks or names, or any terms, designs or

16  styles confusingly similar thereto; or

17          (2)    doing any act or thing that is likely to induce the belief that

18  Fab.com's goods or services, or activities are in some way connected with Just

19  Fab's business, or that is likely to injure or damage Just Fab or its JUST FAB

20  marks;

21      B.    Ordering Fab.com to:

22          (1)    account for and pay over to Just Fab all gains, profits and

23  advantages derived by it from the unlawful acts alleged herein and/or as a result of

24  unjust enrichment, and that the amount of such unjust enrichment be trebled

25  pursuant to 15 U.S.C. Section 1117 because of the willful and unlawful acts

26  alleged herein;

27          (2)    pay Just Fab punitive damages as a consequence of the willful

28  and wanton acts alleged herein;

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

16

**COMPLAINT**

1        (3)    deliver up for destruction all goods of the type described in

2  paragraph A (1) above that bear the FAB marks;

3        (4)    reimburse Just Fab for the costs it has incurred in bringing this

4  action, together with its reasonable attorneys' fees and disbursements; and

5        (5)    pay Just Fab the costs of corrective advertising;

6  C.    Awarding Just Fab such other and further relief as this Court may

7  deem equitable.

8

9  DATED: July 24, 2013            PATRICIA H. BENSON
                                   KARIN G. PAGNANELLI
10                                 MARC E. MAYER
                                   ELAINE K. KIM
11                                 MITCHELL SILBERBERG & KNUPP LLP

12

13                        By: *Patricia H. Benson*

14                                 Patricia H. Benson
                                   Attorneys for Plaintiff Just Fabulous,
15                                 Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5448405.1/44453-00006

17

**COMPLAINT**

## **JURY DEMAND**

Plaintiff Just Fabulous, Inc. hereby demands a trial by jury on all issues so triable.

DATED: July 24, 2013

PATRICIA H. BENSON
KARIN G. PAGNANELLI
MARC E. MAYER
ELAINE K. KIM
MITCHELL SILBERBERG & KNUPP LLP

By: *Patricia H. Benson*
Patricia H. Benson
Attorneys for Plaintiff Just Fabulous, Inc.

PATRICIA H. BENSON (SBN 60565)
phb@msk.com
KARIN G. PAGNANELLI (SBN 174763),
kgp@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
ELAINE K. KIM (SBN 242066),
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| JUST FABULOUS, INC., a Delaware Corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>FAB.COM, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | **CV13-05330** —SJO (Ex)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Patricia H. Benson</u>, whose address is <u>Mitchell Silberberg & Knupp LLP, 11377 W. Olympic Boulevard, Los Angeles, CA 90064 (310) 312-2000.</u> If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: JUL 2 4 2013

Clerk, U.S. District Court

By: _____
        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

COPY

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
JUST FABULOUS, INC.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
FAB.COM, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
PATRICIA H. BENSON (SBN 60565) phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
310-312-2000

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi- District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Infringement of Federally Registered Mark 15 USC. §1114; False Designation of Origin 15 USC §1125(a);Unfair Competition
Cal. B&P Code §17200 et seq; Unfair Common Law Competition; Declaratory Relief

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property |  | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation |  | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV |  | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other |  |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** |  |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act |  |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations |  |
|  | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act |  |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act |  |
|  |  |  | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation |  |
|  |  |  | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act |  |

FOR OFFICE USE ONLY: Case Number: **CV13-05330**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Patricia H. Benson_   DATE: July 24, 2013
Patricia H. Benson

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com