AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Central District of California  on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>**CV13-05330** | DATE FILED<br>July 24, 2013 | U.S. DISTRICT COURT<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>312 N. Spring St., Los Angeles, CA 90012 |
|---|---|---|
| PLAINTIFF<br>JUST FABULOUS, INC., a Delaware corporation | | DEFENDANT<br>FAB.COM, a Delaware corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,183,738 | July 31, 2012 | Just Fabulous, Inc. |
| 2 | 4,292,790 | February 19, 2013 | Just Fabulous, Inc. |
| 3 | 4,293,503 | February 19, 2013 | Just Fabulous, Inc. |
| 4 | 4,197,722 | August 28, 2012 | Fab.com, Inc. |
| 5 | | | ***SEE ATTACHMENT A FOR ADDITIONAL TRADEMARKS*** |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED
2013 JUL 24  AM 11: 43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

## ATTACHMENT A

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 5  4,198,555 | August 28, 2012 | Fab.com, Inc. |
| 6  4,198,556 | August 28, 2012 | Fab.com, Inc. |
| 7  4,350,737 | June 11, 2013 | Fab.com, Inc. |
| 8  Serial No. 85/230,638 | Filed: January 31, 2011 | Fab.com, Inc. |
| 9  Serial No. 85/683,373 | Filed: July 20, 2012 | Fab.com, Inc. |
| 10  Serial. No. 85/696,541 | Filed: August 6, 2012 | Fab.com, Inc. |